DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRYSTAL WEATHERS,**
Appellant,

v.

**CHRISTOPHER CASALE,**
Appellee.

No. 4D20-1145

[May 13, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case No. FMCE09-003142 (40/93).

R. Gregory Hyden of Nason, Yeager, Gerson, Harris & Fumero, P.A., Boca Raton, for appellant.

Natalie Suzanne Kay of Kelley Kronenberg, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***